IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. CR414-146 |
| | ) | |
| WILLIE CLINTON LOVETT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Before the Court is Defendant Willie Clinton Lovett's Secondary Motion Demanding Immediate Return of All Illegally Collected Funds. (Doc. 264.) In this motion, Defendant appears to argue that that the Government has illegally been garnishing his pension payments to satisfy the monetary fine imposed as part of his sentence in this case. After careful consideration of Defendant's motion and the record in this case, the Court can discern no grounds for relief.

The Government has properly garnished Defendant's pension payments. (Doc. 225.) Also, Defendant incorrectly[1] asserts that the Court ordered him to pay only $25.00 per quarter while incarcerated. (Doc. 264 at 4.) The Court ordered Defendant to pay "quarterly installments of a <u>minimum</u> of $25." (Doc. 193 at 7

---

[1] Additionally, Defendant continues to assert that the Court ordered his participation in the Inmate Financial Responsibility Program. (Doc. 264 at 4.) Once again, the Court did not order Defendant's participation in that program. Rather, the Bureau of Prisons is responsible for enrolling Defendant.

(emphasis added).) Because he retired prior to being indicted in this case, Defendant remained entitled to his six-figure pension and is entirely capable of paying much more than the required minimum. Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 19th day of July 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA